AO109(2/90)Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

One suitcase and all of its contents, including approximately $100,042.00 in U.S. currency, now in the custody of the U.S. Bureau of Engraving and Printing in a vault in Washington, D.C.

**SEIZURE WARRANT**

CASE NUMBER: 08-047-M-01

TO: Director, U.S. Department of Homeland Security, and any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent Michael Riedemann who has reason to believe that within the jurisdiction of this Court there is now certain property that is subject to forfeiture to the United States, namely (describe the property to be seized)

> One suitcase and all of its contents, including approximately $100,042.00 in U.S. currency, now in the custody of the U.S. Bureau of Engraving and Printing in a vault in Washington, D.C.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☑ (at any time in the day or night as I find reasonable cause has been established) leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

JAN 25 2008 @ 1:15 PM     at Washington, D.C.
Date and Time Issued
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer            Signature of Judicial Officer

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

AO 109 (2/90) Seizure Warrant .

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 1/25/08 | 1/30/08  1400 hrs. | Kimberly R. Taylor, CFO Directorate |

INVENTORY MADE IN THE PRESENCE OF

Kimberly R. Taylor, Richard Hathaway, Michael Riedemann

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

One suitcase and all of its contents, including approximately $100,042.00 in US currency. Now in the custody of the US Bureau of Engraving and Printing in a vault in Washington, DC.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____
U S Judge or U.S Magistrate Judge

FILED
FEB 14 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

02-14-2008
Date